```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 32918
   JOHN R MEYER
   MARY M MEYER                                  CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-1413    SSN XXX-XX-2690

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/02/2008 and was not confirmed.

     The case was dismissed without confirmation 01/05/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
MAX RECOVERY               UNSECURED           331.80           .00           .00
AMERICAN EXPRESS           UNSECURED          5192.66           .00           .00
HOMEQ                      CURRENT MORTG         .00            .00           .00
HOMEQ                      MORTGAGE ARRE    50000.00            .00           .00
AMERICAN EXPRESS           SECURED           5193.00            .00           .00
DISCOVER FINANCIAL SERVI   SECURED           5257.00            .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED         5257.92            .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          ---------------     ---------------
TOTALS                        .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 03/05/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```